Judge Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 5362 ECF**

**Plaintiff:** Citigroup Global Markets Inc. d/b/a Smith Barney

-v-

**Defendant:** JWS 1999 Holding B.V.

Case No.



RECEIVED JUN 12 2008 U.S.D.C. S.D.N.Y. CASHIERS

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Citigroup Global Markets Inc. d/b/a Smith Barney (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 6/12/08

Signature of Attorney

Attorney Bar Code: 4178356

Form Rule7_1.pdf